# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/28/01   TIME: 9:30 AM

DEFT. KEVIN INGRAM (B)   CASE NO. 01-8090-CR-MIDDLEBROOKS/ JOHNSON(s)

AUSA. ROLANDO GARCIA   ATTY. RICHARD LUBIN

AGENT. ____   VIOL. MONEY LAUNDERING  18:1956 (a)(3)(B), (h)

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. ____

FUTURE DATES ____

DISPOSITION:
Reading of Indictment (SS) Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Defendant arraigned.
SDO signed.

DATE: 8/28/01   TAPE: LRJ-01- 49-2851