# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 10/01/2001   TIME: 9:30 AM

DEFT. KEVIN INGRAM ✓ (B)   CASE NO. 01-8090-CR-MIDDLEBROOKS(LRJ) (s)

AUSA. ROLANDO GARCIA   ATTY. RICHARD LUBIN (RETAINED)

AGENT. ATF   VIOL. 18:1956(a)(3)

PROCEEDING MOTION FOR MODIFICATION OF COND. OF PRETRIAL RELEASE   BOND. $1,086,815.76 CASH

DISPOSITION

Deft present with counsel
Defense present arguments
Witness: Kevin Ingram - Deft - sworn test.
Composite Exhibit admitted into evidence
Govt. Defers to court
Court Denies motion in all respect.

DATE: 10-1-01   TAPE: AEV 01-69-1658