ML:ec

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01-8090-CR-MIDDLEBROOKS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN INGRAM,

    Defendant.

_____/



FILED by ___ D.C.
DEC 07 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT AND FINAL ORDER OF FORFEITURE

THIS CAUSE, having come before the Court upon plaintiff's Motion for Entry of Judgment and Final Order of Forfeiture, the Court having reviewed the file and being otherwise fully advised in the premises, finds:

That on June 28, 2001, the plaintiff, United States of America, filed an Indictment seeking the forfeiture of property alleging that said property was forfeit to the United States of America pursuant to 18 U.S.C. §982.

That on October 1, 2001, this Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in the property to the United States. On or about October 17, 2001, notice of the United States intention to forfeit the indicted properties was published in accordance with 18 U.S.C. §982(b) and 21 U.S.C. §853(n), in the Palm Beach Daily Business Review.

U.S. v. Kevin Ingram
Case No. 01-8090-Cr-DMM(s)

That Proof of said publication was filed with the Court on October 26, 2001.

That no petitions of any kind have been filed as to the indicted property.

That more than (30) days have elapsed since the date on which all third parties were notified of their rights to petition, excluding the date thereof.

ORDERED AND ADJUDGED that the following property is hereby forfeited to the United States: $185,000.00 in United States currency. The Bureau of Alcohol Tobacco and Firearms shall dispose of the currency in accordance with federal law.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of __Dec__, 2001.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: AUSA Mark W. Lester
   AUSA Rolando Garcia
   Richard Lubin, Esq.
       Flagler Plaza
       1217 S. Flagler Drive
       2nd Floor
       West, Palm Beach, FL. 33401-6706
       Facsimile: (561)655-2182
   Bureau of Alcohol, Tobacco & Firearms
   (2 certified copies)

2

**U.S. v. Kevin Ingram**

**CASE NO. 01-8090-CR-MIDDLEBROOKS(s)**

**SERVICE LIST**

Mark W. Lester, AUSA
United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, FL  33401
Phone: (561) 820-8711
Fax: (561)820-8777

Rolando Garcia, AUSA
United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, FL  33401
Phone: (561) 820-8711
Fax: (561)820-8777

Richard Lubin, Esq.
Flagler Plaza
1217 S. Flagler Drive
2nd Floor
West Palm Beach, FL 33401-6706

Bureau of Alcohol, Tobacco & Firearms
5225 N.W. 87th Avenue
Suite 300
Miami, FL  33178
Phone: (305) 597-4800
Fax: (305) 597-4797