# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**  
Court Administrator • Clerk of Court

701 Clematis Street  
West Palm Beach, FL 33401  
(561) 803-3400

October 7, 2004

FILED by _____ D.C.  
MAG. SEC.  
OCT 0 7 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

**NOTICE TO COUNSEL**

**Re:** UNITED STATES v. KEVIN INGRAM, et al.  
Civil Action File No. 9:01-8090-CR-Middlebrooks

Our records reveal that the following documents were filed under seal upon your motion. The case was closed upon final adjudication on January 14, 2002, and is no longer on appeal.

| DATE FILED | ENTRY # | FILED BY | DOCUMENT DESCRIPTION |
|---|---|---|---|
| 8/06/01 | 57 | Dft. Ingram | Document in support of bond |
| 8/31/01 | 72 | Dft. Mohsen | Motion to take depositions |
| 8/31/01 | 73 | Dft. Mohsen | Motion for travel expenses |
| 8/31/01 | 74 | Dft. Mohsen | Motion to waive statutory maximum for investigator fees |
| 9/05/01 | 75 | Government | Motion to seal #76 as to dfts Mohsen & Kapij |
| 9/05/01 | 76 | Government | Response to #72 |
| 9/11/01 | 81 | Dft. Mohsen | Reply to #76 |
| 9/28/01 | 94 | Court | Order granting 73 |
| 10/01/01 | 95 | Dft. Mohsen | Motion for continuance of plea deadline |
| 10/12/01 | 97 | Dft. Mohsen | Motion to produce evidence re: public authority defense |
| 10/12/01 | 98 | Dft. Mohsen | Motion to dismiss superseding indictment |
| 10/12/01 | 99 | Dft. Mohsen | Notice of intent to present public authority defense |
| 10/12/01 | 100 | Dft. Mohsen | Request for special jury instructions |
| 9/18/01 | 117 | Court | Order of referral of motions |

*It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**  
Court Administrator • Clerk of Court

701 Clematis Street  
West Palm Beach, FL 33401  
(561) 803-3400

We intend to unseal these documents; unless you respond and request a different disposition within 21 calendar days of the issuance of this notice. The parties shall confer, complete and return the enclosed form within 21 days from the date of this notice, advising the Court whether the records can be 1) unsealed and incorporated in the court file, 2) unsealed and destroyed, or 3) returned to the filing party. If no response is received the documents will be unsealed and incorporated into the public Court file.

Sincerely,

Clarence Maddox  
Court Administrator/Clerk of Court

By: _____  
Deputy Clerk

cc: Rolando Garcia - AUSA  
    Richard Lubin

---

*It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice.*